JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Montia Sabbag, | CV 19-7999 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Kevin Hart et al., | |
| Defendants. | |

Pursuant to the Court's April 17, 2020 Order dismissing this action for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 1, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE